UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JESSICA STRITTHOLT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INDIANA GAMING COMPANY, LLC,<br><br>　　　　　Defendant. | Case No. 4:22-cv-00146-TWP-KMB |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

　　The Court, having considered the parties' Joint Stipulation of Dismissal with Prejudice and being duly advised, approves the Stipulation. This matter is hereby dismissed with prejudice, the parties to bear their own costs, including attorneys' fees.

Date: 8/1/2023

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Copies to all Counsel via CM/ECF